THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NAUREEN S. ZAMAN, | ) | 4:06CV3081 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| JO ANNE BARNHART, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

    Pursuant to the plaintiff's Motion to Dismiss (filing 9) and Fed. R. Civ. P. 41(a), this case is dismissed without prejudice.

    June 8, 2006.

                                                   BY THE COURT:
                                                   s/ *Richard G. Kopf*
                                                   United States District Judge